# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KIM M., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:21-cv-00133-GZS |
| | ) |
| KILOLO KIJAKAZI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On January 4, 2022, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 31). No objections were filed. However, Plaintiff did file a motion to amend (ECF No. 32). After full briefing, on February 7, 2022, the Magistrate Judge filed his Order on Motion to Amend Recommended Decision and for Clarification of Recommended Decision (ECF No. 35). Via this Order, the Magistrate Judge clarified his Recommendation Decision with respect to the time period to be reviewed on remand. Specifically, the Magistrate Judge indicated that the remand of the ALJ's decision should be "limited to the period from February 23, 2018, through August 14, 2020." (2/7/22 Order (ECF No. 35), PageID # 1896.) The Court notes that no objections were filed to this Order on Motion to Amend. Thus, the January 4, 2022 Recommended Decision, as amended by the February 7, 2022 Order, is hereby **ADOPTED**.

It is therefore **ORDERED** that the administrative decision is hereby **VACATED**, and the case is **REMANDED** for further proceedings consistent with this Order. Proceedings on remand shall be limited to the time period between February 23, 2018 and August 14, 2020.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 28th day of February, 2022.